No. 666. El Pueblo, Demandante y Apelado, *v.* Vega, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de Arecibo en causa por hurto de menor cuantía.

Resuelto en marzo 16, 1914.   Confirmada la sentencia apelada.   Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogado del apelante: *Sr. Salvador Picornell.*